# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SILVANNA B. LAVARREDA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 5:17-CV-02425-CAS-JDE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **JUDGMENT** **(Failure to Pay Full Filing Fee)** |
| DEFENDANT(S). | |

On  December 7, 2017 , plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☑ full filing fee ☐ initial partial filing fee.

By Order to Show Cause dated  January 12, 2018 , plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☑ full filing fee ☐ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☑ full filing fee ☐ inititial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

February 6, 2018
Date

*Christine A. Snyde*
United States District Judge

Presented by:

John D. Early
United States Magistrate Judge